**Daniel T. Guidotti**
**Marianas Pacific Law LLC**
2nd Floor, J.E. Tenorio Building
Middle Road, Gualo Rai
P.O. Box 506057
Saipan, MP 96950
Tel.: (670) 233-0777
Fax: (670) 233-0776

Attorney for Plaintiff Rovie Anne Chopitea

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ROVIE ANNE CHOPITEA,** | CV No. 17-00020 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC dba Best Sunshine International and IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD.,** | |
| Defendants. | |

Plaintiff Rovie Anne Chopitea, through the undersigned attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses all claims against Defendant Imperial Pacific International Holdings Ltd., without prejudice.

                                        Respectfully submitted,
                                        MARIANAS PACIFIC LAW LLC

Dated: January 8, 2018                  By:  */s/ Daniel T. Guidotti*
                                                          Daniel T. Guidotti, F0473
                                                          Attorney for Rovie Anne Chopitea

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 8, 2018, I caused a true and correct copy of the foregoing Notice of Appearance be filed through the CM/ECF system of the District Court for the Northern Mariana Islands. I certify that, to the best of my knowledge, all parties who have appeared in this case are registered CM/ECF users and that service on all participants was accomplished through the CM/ECF system.

Respectfully submitted,
MARIANAS PACIFIC LAW LLC

Dated: January 8, 2018

By: */s/ Daniel T. Guidotti*
Daniel T. Guidotti, F0473
Attorney for Rovie Anne Chopitea