F I L E D
Clerk
District Court
APR 03 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ROVIE ANNE CHOPITEA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,**<br><br>　　　　Defendants. | CV No. 17-00020<br><br><br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

For good cause appearing, the Court hereby dismisses this case, with prejudice. Each party shall bear its own attorneys' fees and costs.

SO ORDERED this 3rd of April, 2018.

　　　　　　　　　　　　　　　　　　/s/ Susan Oki Mollway
　　　　　　　　　　　　　　　　　　SUSAN OKI MOLLWAY
　　　　　　　　　　　　　　　　　　Designated Judge